THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
Respondent,
 
 
 

v.

 
 
 
Derrick Lorenzo Williams,       
Appellant.
 
 
 

Appeal From Beaufort County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2003-UP-509
Submitted May 30, 2003  Filed August 
 27, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Derrick Lorenzo Williams was 
 convicted of murder and possession of a firearm during the commission of a violent 
 crime.  The judge sentenced him to consecutive sentences of thirty years for 
 murder and five years for possession of a firearm during the commission of a 
 violent crime.  Williams appellate counsel filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Williams did not file a pro se response 
 with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.